UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20487CR-MGC

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JORGE APONTE FIGUEROA,**

    Defendant.

_____/

### *NUNC PRO TUNC* ORDER

**THIS CAUSE** came before the Court on Defendant Jorge Aponte Figueroa's Motion to Appoint Co-Counsel [ECF No. 169]. Because Federal Public Defender, Michael Caruso, had a conflict of interest in this case, Attorney David J. Joffe was asked to contact Steven M. Potolsky, a Federal Death Penalty Resource Counsel regarding the appointment of "Learned Counsel." Mr. Potolsky informed David J. Joffe that he had no objection to Jose Rafael Rodriguez being appointed as "Learned Counsel" to represent Jorge Aponte Figueroa, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Jose Rafael Rodriguez is hereby appointed as "Learned Counsel" in this matter for Defendant Jorge Aponte Figueroa.

**DONE AND ORDERED**, at Miami, Florida, on this 8th day of June 2018, nunc pro tunc as of May 30, 2018.

_____
MARCIA G. COOKE
United States District Judge

cc: counsel of record
J. Rafael Rodriguez, Esq., 6367 Bird Road, Miami, FL 33145